UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LISA PETERS, | Case No. 2:21-cv-05420-JVS-JC |
|---|---|
| Petitioner, | |
| v. | |
| ERNESTO SANTACRUZ, et al., | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | [DOCKET NOS. 1, 9] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 1, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED:

1. The Motion to Dismiss is granted.

2. The "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" is dismissed with leave to amend;

3. Within thirty (30) days of the date of this Order, petitioner shall do one of the following:

///

///

(a) If she wishes to proceed with her claim(s) for habeas relief in this Court, she shall file a First Amended Petition which clearly and specifically sets forth cognizable federal constitutional claim(s) for relief and plausibly demonstrates that she is "in custody" for purposes of obtaining habeas relief; or

(b) If she does not wish to proceed with this action, she shall file a Notice of Dismissal which will result in the voluntary dismissal of this action without prejudice.

**Petitioner is cautioned that her failure timely to file a First Amended Petition or a Notice of Dismissal may be deemed her admission that amendment is futile and may result in the dismissal of this action with or without prejudice on the grounds set forth in the Report and Recommendation, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with this Order.**

IT IS FURTHER ORDERED that the Clerk (1) provide petitioner with the Central District of California Federal Habeas Corpus Packet to facilitate petitioner's filing of a First Amended Petition in the event she elects to proceed in that fashion; and (2) serve copies of this Order on petitioner and counsel for respondents.

IT IS SO ORDERED

DATED: December 6, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE