UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PETERS,<br><br>               Petitioner,<br><br>    v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>             Respondents. | Case No. 2:21-cv-05420-JVS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 27, 29] |

      The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the April 11, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

      IT IS HEREBY ORDERED:

    1.     The Motion to Dismiss is granted.

    2.     The "First Amended Habeas Corpus Petition" is dismissed and petitioner is granted leave to amend one final time;

    3.     Within thirty (30) days of the date of this Order, petitioner shall do one of the following:

///

///

     (a)  If she wishes to proceed with her claim(s) for habeas relief in this Court, she shall file a Second Amended Petition for Writ of Habeas Corpus which clearly and specifically sets forth cognizable federal constitutional claim(s) for relief and plausibly demonstrates that she is "in custody" for purposes of obtaining habeas relief; or

     (b)  If she does not wish to proceed with this action, she shall file a Notice of Dismissal which will result in the voluntary dismissal of this action without prejudice.

**Petitioner is cautioned that her failure timely to file a Second Amended Petition for Writ of Habeas Corpus or a Notice of Dismissal may be deemed her admission that amendment is futile and may result in the dismissal of this action with or without prejudice on the grounds set forth in the Report and Recommendation, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with this Order.**

IT IS FURTHER ORDERED that the Clerk (1) provide petitioner with the Central District of California Federal Habeas Corpus Packet to facilitate petitioner's filing of a Second Amended Petition for Writ of Habeas Corpus in the event she elects to proceed in that fashion; and (2) serve copies of this Order on petitioner and counsel for respondents.

IT IS SO ORDERED

DATED: May 17, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE