UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PETERS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-05420-JVS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the October 26, 2022 Report and Recommendation of United States Magistrate Judge.

　　IT IS HEREBY ORDERED that (1) this action is dismissed; (2) Judgment shall be entered accordingly; and (3) the Clerk shall serve copies of this Order and the Judgment on petitioner and counsel for respondents.

　　IT IS SO ORDERED

DATED: November 28, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE