**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PETERS,<br><br>    Petitioner,<br><br>    v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>    Respondents. | Case No. 2:21-cv-05420-JVS-JC<br><br><br>JUDGMENT |

In accordance with the concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed.

IT IS SO ADJUDGED.

DATED: November 28, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE